| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** | <br>Order Filed on January 11, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>  JAVIER A. VALENZUELA<br>  LAUREN L. VALENZUELA | Case No.:  16-26127VFP<br><br>Hearing Date:  1/5/2017<br><br>Judge:  VINCENT F. PAPALIA |

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: January 11, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s):  JAVIER A. VALENZUELA
            LAUREN L. VALENZUELA

Case No.:  16-26127VFP

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

---

    THIS MATTER having been scheduled before the Court on 01/05/2017 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that case will be dismissed at the 2/2/2017 confirmation hearing if is not current with plan payments and if the 341a meeting of creditors has not been conducted before this date.