UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
New Jersey Housing and Mortgage Finance Agency

In Re:
    Javier A. Valenzuela & Lauren L. Valenzuela,

Debtors.

Order Filed on January 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-26127-VFP

Adv. No.:

Hearing Date: 12/15/2016 @ 11:00 a.m..

Judge: Vincent F. Papalia

# ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: January 11, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**(Page 2)**
Debtor: Javier A. Valenzuela and Lauren L. Valenzuela
Case No: 16-26127-VFP
Caption of Order: ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, New Jersey Housing and Mortgage Finance Agence, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 5903 Jefferson Street, Unit 201, West New York, NJ 07093, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Russell Low, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of December 15, 2016, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due September 1, 2016 through December 1, 2016 for a total post-petition default of $5,061.12 (4 @ $1,265.28); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $5,061.12 will be paid by Debtors remitting $843.52 per month in addition to the regular monthly mortgage payment, which additional payments shall begin on January 1, 2017 and continue for a period of six months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume January 1, 2017, directly to Secured Creditor's servicer, Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $176.00 for filing fees, totaling $526.00, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Javier A. Valenzuela  
Lauren L. Valenzuela  
    Debtors

Case No. 16-26127-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 11, 2017  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2017.  
db/jdb        +Javier A. Valenzuela,    Lauren L. Valenzuela,    5903 Jefferson Street Apt #201,  
           West New York, NJ 07093-1136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2017 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency  
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Robert P. Saltzman    on behalf of Creditor    Cenlar FSB as servicing agent for New Jersey Housing and Mortgage Finance Agency dnj@pbslaw.org  
         Russell L. Low    on behalf of Joint Debtor Lauren L. Valenzuela rbear611@aol.com, lowlaw505@gmail.com  
         Russell L. Low    on behalf of Debtor Javier A. Valenzuela rbear611@aol.com,   lowlaw505@gmail.com  
                                                                                                 TOTAL: 5