# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−26127−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Javier A. Valenzuela
5903 Jefferson Street Apt #201
West New York, NJ 07093

Lauren L. Valenzuela
5903 Jefferson Street Apt #201
West New York, NJ 07093

Social Security No.:
xxx−xx−2800

xxx−xx−9182

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on October 11, 2017.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 11, 2017
JAN: mcp

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                            Case No. 16-26127-VFP
Javier A. Valenzuela                                              Chapter 13
Lauren L. Valenzuela
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin                 Page 1 of 2                  Date Rcvd: Oct 11, 2017
                             Form ID: 148                Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2017.
db/jdb         +Javier A. Valenzuela,   Lauren L. Valenzuela,   5903 Jefferson Street Apt #201,
                 West New York, NJ 07093-1136
aty            +John F. Kwasnik,   Mezzacca & Kwasnik, LLC,   980 Amboy Avenue, Suite 2,
                 Edison, NJ 08837-2809
cr             +Cenlar FSB as servicing agent for New Jersey Housi,   425 Phillips Boulevard,
                 Ewing, NJ 08618-1430
516353254       ACS/DEPT OF ED,   C/O ACS,   UTICA, NY 13501
516353257      +AMERIFINANCIAL SOLUTIONS. LLC,   PO BOX 65018,   BALTIMORE, MD 21264-5018
516353260      +BELDEN JEWELERS/STERLING JEWELERS, INC,   STERLING JEWELERS, INC/ATTN: BANKRUPTCY,
                 PO BOC 1799,   AKRON, OH 44309-1799
516353266      +CENTRAL LOAN ADMIN & R/Cenlar,   425 PHILLIPS BLVD,   EWING, NJ 08618-1430
516353265      +Cenlar,   PO Box 77400,   Trenton, NJ 08628-6400
516353268       FST PREMIER,   601 S MINNEAOPLIS AVE,   SIOUX FALLS, SD 57104
516412627      +Jaclyn 55 Condominium Assoc.,   Mezzacca & Kwasnik, LLC,   980 Amboy Ave., Ste. 2,
                 Edison, NJ 08837-2809
516353269      +Jacyn 55 Condominiums,   MEM Property Management,   PO box 105007,   Atlanta, GA 30348-5007
516353272       KML Law Group, P.C.,   216Haddon Ave., Suite 406,   Burlington, NJ 08016
516353273      +NMAC,   PO BOX 660360,   DALLAS, TX 75266-0360
516489966      +New Jersey Housing and Mortgage Finance Agency,   c/o Cenlar FSB,   Attn: BK Department,
                 425 Phillips Boulevard,   Ewing, NJ 08618-1430
516353275      +PARAGON FED CREDIT UNI,   100 PARAGON DRIVE,   MONTVALE, NJ 07645-1780
516353278      +SUMMIT COLLECTION SVCS,   PO BOX 306,   HO HO KUS, NJ 07423-0306
516353279      +TD RCS/THE PET COMPANY,   1000 MACARTHUR BLVD,   MAHWAH, NJ 07430-2035
516353281      +US DEPT OF ED/GREAT LAKES EDUCATIONAL LO,   2401 INTERNATIONAL,   MADISON, WI 53704-3121
516418276       US DEPT OF EDUCATION,   CLAIMS FILING UNIT,   PO BOX 8973,   MADISON WI 53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 11 2017 23:10:20    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 11 2017 23:10:17    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516353255      +EDI: GMACFS.COM Oct 11 2017 22:43:00    ALLY FINANCIAL,   PO BOX 380901,
                 BLOOMINGTON, MN 55438-0901
516353256       EDI: HNDA.COM Oct 11 2017 22:43:00    AMERICAN HONDA FINANCE,   PO BOX 168088,
                 IRVING, TX 75016
516353258      +EDI: AMEREXPR.COM Oct 11 2017 22:43:00    AMEX,   CORRESPONDENCE,   PO BOX 981540,
                 EL PASO, TX 79998-1540
516353261      +EDI: CAPITALONE.COM Oct 11 2017 22:43:00    CAPITAL ONE,   PO BOX 30285,
                 SALT LAKE CITY, UT 84130-0285
516385155       EDI: CAPITALONE.COM Oct 11 2017 22:43:00    Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
516353267      +EDI: BLUESTEM Oct 11 2017 22:43:00    FINGERHUT,   6250 RIDGEWOOD RD,
                 ST CLOUD, MN 56303-0820
516353270      +E-mail/Text: cst.bankruptcy@chase.com Oct 11 2017 23:11:19    JPM CHASE,   PO BOX 7013,
                 INDIANAPOLIS, IN 46207-7013
516353274      +E-mail/Text: bgiron@ncsplus.com Oct 11 2017 23:09:56    NTL CRDT SYS,   117 E 24TH ST,
                 NEW YORK, NY 10010-2937
516353276       EDI: PRA.COM Oct 11 2017 22:43:00    PORTFOLIO RECOVERY,   PO BOX 41067,   NORFOLK, VA 23541
516431189       EDI: Q3G.COM Oct 11 2017 22:43:00    Quantum3 Group LLC as agent for,   Sadino Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
516353280       EDI: TFSR.COM Oct 11 2017 22:43:00    TOYOTA MOTOR CREDIT CO,   TOYOTA FINANCIAL SERVICES,
                 PO BOX 8026,   CEDAR RAPIDS, IA 52408
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516353262*     +CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY, UT 84130-0285
516353263*     +CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY, UT 84130-0285
516353264*     +CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY, UT 84130-0285
516353271*     +JPM CHASE,   PO BOX 7013,   INDIANAPOLIS, IN 46207-7013
516353277*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: PORTFOLIO RECOVERY,    PO BOX 41067,   NORFOLK, VA 23541)
516353282*     +US DEPT OF ED/GREAT LAKES EDUCATIONAL LO,   2401 INTERNATIONAL,   MADISON, WI 53704-3121
516353283*     +US DEPT OF ED/GREAT LAKES EDUCATIONAL LO,   2401 INTERNATIONAL,   MADISON, WI 53704-3121
516353284*     +US DEPT OF ED/GREAT LAKES EDUCATIONAL LO,   2401 INTERNATIONAL,   MADISON, WI 53704-3121
516353259     ##+AURORA FINANCIAL GR IN,   9 EVES DR STE 190,   MARLTON, NJ 08053-8114
                                                                                   TOTALS: 0, * 8, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin              Page 2 of 2         Date Rcvd: Oct 11, 2017
                              Form ID: 148             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2017 at the address(es) listed below:

          Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Robert P. Saltzman    on behalf of Creditor    Cenlar FSB as servicing agent for New Jersey Housing
           and Mortgage Finance Agency dnj@pbslaw.org
          Russell L. Low    on behalf of Joint Debtor Lauren L. Valenzuela rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          Russell L. Low    on behalf of Debtor Javier A. Valenzuela rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                                             TOTAL: 5