Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  16−26127−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Javier A. Valenzuela<br>5903 Jefferson Street Apt #201<br>West New York, NJ 07093 | Lauren L. Valenzuela<br>5903 Jefferson Street Apt #201<br>West New York, NJ 07093 |

Social Security No.:
  xxx−xx−2800                                               xxx−xx−9182

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>February 9, 2018</u>             <u>Vincent F. Papalia</u>
                                             Judge, United States Bankruptcy Court